No. 109. ILLINOIS CENTRAL RAILROAD COMPANY ET AL. *v.* L. A. ANDERSON. See *ante*, 546.

---

No. 752. JOSEPH P. O'TOOLE ET AL. *v.* ROBERT L. MEYSENBURG ET AL. January 7, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Marion C. Early* for petitioners. No appearance for respondents.

---

No. 762. CHARLES FAISON ET AL. *v.* FORREST ADAIR ET AL. January 7, 1919. Petition for a writ of certiorari to the Supreme Court of the State of Georgia denied. *Mr. Samuel A. T. Watkins* and *Mr. James E. White* for petitioners. *Mr. W. H. Terrell* for respondents.

---

No. 771. JAMES S. YEATES *v.* UNITED STATES. January 7, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. John Randolph Cooper* for petitioner. *Mr. Assistant Attorney General Porter* and *Mr. W. C. Herron* for the United States.

---

No. 772. CHARLES T. WILLIAMS *v.* UNITED STATES. January 7, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. John Randolph Cooper* for petitioner. *Mr. Assistant Attorney General Porter* and *Mr. W. C. Herron* for the United States.